IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH McCULLOUGH,<br>    Plaintiff<br><br>vs.<br><br>ERIC M. MILLER, Pa. Cor. Off.; T. STANLEY, Pa. C.O.; LYNN DAVENPORT, Pa. C.O.; N. NEAL, Pa. Cor. Off.; F. DALEY, Pa. Cor. Off. Witness; R. CULP, Pa. Cor. Off. Capt.; SIMPSON, Pa. Cor. Off. Capt.; ELEANORE WEAVER, Pa Misconduct Hearing Examiner/Judge; DAVID McCRAY, Pa. Cor. Off.; KATY WIMBUSH, Pa. Cor. Off.; CHARLES M. SHANE, Pa. Cor. Off.; MARLENE STEWARD, Pa. Cor. Off.; DAVID GOOD, Pa. Cor. Off.; PAUL STOWITZKY, Cor. Off.; CHRISTINA SORBIN, Cor. Off.; LEE JOHNSON, Cor. Off. (African American); HOLMES, Cor. Off. Lt.; JOHNSON, Cor. Off. (Caucasian); ROBERT S. BITNER, Pa. Cor. Off. (Harrisburg); McCONNELL, Pa. Cor. Off. Capt.; Any and all other Respondets later added.<br>    Defendants | Civil Action No. 06-514<br>Judge Gary L. Lancaster/<br>Magistrate Judge Amy Reynolds Hay |

**ORDER**

AND NOW, this 21ST day of May, 2007, after the Plaintiff,

Kenneth McCullough, filed an action in the above-captioned case, and after Plaintiff filed a

Motion a Motion for Temporary Restraining Order and/or Preliminary Injunction and after a

Report and Recommendation was filed by the United States Magistrate Judge granting the parties

ten days after being served with a copy to file written objections thereto, and no objections

having been filed, and upon independent review of the record and the motion, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's motion for a temporary restraining order and/or preliminary injunction [43] is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Kenneth McCullough
CJ-3651
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450

Tracey A. Wilson
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219